**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

Eastern District of Kentucky
FILED
OCT 27 2026
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.**

**INFORMATION NO.** 5:26-cr-123-REW-MAS
**18 U.S.C. § 2251(a)**

**GARY BAKER**

* * * * *

**THE UNITED STATES ATTORNEY CHARGES:**

On or about a date in 2025, the exact date unknown, in Bourbon County, in the Eastern District of Kentucky, and elsewhere,

**GARY BAKER**

employed, used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of that conduct, knowing and having reason to know that such visual depictions would be produced or transmitted using materials that had been mailed, shipped, or transmitted in or affecting interstate or foreign commerce by any means, including by computer, and such visual depictions having actually been transmitted using a means or facility of interstate or foreign commerce, all in violation of 18 U.S.C. § 2251(a).

**FORFEITURE ALLEGATION**
**18 U.S.C. § 2253**

1. By virtue of the commission of the offense alleged in this Information, shall forfeit to the United States any and all interest that he has in any visual depiction, or matter containing such visual depiction, that was produced, transported, mailed, shipped, or received as part of the violations of 18 U.S.C. §§ 2251, any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the violations; and any property, real or personal, used or intending to be used in the commission or promotion of the violations, or traceable to such property. Any and all interest that **GARY BAKER** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 2253.

2. The property to be forfeited includes, but is not limited to, the following:

**COMPUTER AND ASSOCIATED EQUIPMENT**:

a. Samsung cellular phone, Model: SM-A156U, and IMEI: 352271525747102
b. Google Pixel 8 Pro cellphone, IMEI: 355522573413220
c. Any additional electronic devices seized from the home of **GARY BAKER** on February 20, 2026, used in the commission of the offense;
d. All software and peripherals which are contained on or associated with the those electronic devices.

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

**ERIN M. ROTH**
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:** Not less than 15 years nor more than 30 years imprisonment, not more than a $250,000 fine, and not less than 5 years nor more than a lifetime term of supervised release.

**PLUS:** Forfeiture of all listed property.

**PLUS:** Mandatory special assessment of $100 per count.

A mandatory special assessment of $5,000, pursuant to 18 U.S.C. § 3014, for non-indigent Defendants convicted of certain offenses, including those in chapter 110.

Pursuant to 18 U.S.C. §2259A, per count of no more than:

(1) $50,000.00 if convicted of child pornography production as defined by 18 U.S.C. §2259(c)(1), which includes offenses under 18 U.S.C. §2251(a) through (c), 2251A, 2252A(g) (in cases in which the series of felony violations involves at least 1 of the violations listed in this subsection), 2260(a) or any offense under chapter 109A or chapter 117 that involved the production of child pornography (as such term is defined in section 2256).

**PLUS:** Restitution, if applicable.